UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARY L. JEWELL, | ) |
| PLAINTIFF, | ) |
| VS. | ) CIVIL ACTION NO. 08-1101 |
| VALENTINE & KEBARTAS, INC.<br>DEFENDANT. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiff, Cary L. Jewell, and defendant, Valentine & Kebartas, Inc, that all claims and causes of action against Valentine & Kebartas, Inc. as set forth in Plaintiff's Complaint shall be dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

THE SWANEY LAW FIRM

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479